IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ALEXANDER NODARSE,<br><br>Petitioner. | No. C 14-2244 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Dkt. No. 2) |

Petitioner has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction from Riverside County Superior Court. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Riverside County lies within the venue of the Central District of California. *See* 28 U.S.C. § 84. Accordingly, this action is TRANSFERRED to the United States District Court for the Central District of California. Ruling on the pending motion for

appointment of counsel (docket number 2) is deferred to the Central District in light of this transfer. The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: August 7, 2014

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ALEXANDER NODARSE,

Petitioner,

_________________________________/

Case Number: CV14-02244 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Nodarse F-89636
Florence Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6900
Florence, CO 81226

Dated: August 7, 2014

Jennifer Ottolini
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk